UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

    v.

STARBUCKS CORPORATION,

        Defendant.

Case No. 18-cv-00972-SK

**ORDER TO SHOW CAUSE**

On February 4, 2020, the Court reminded the parties of their obligation to file a joint status report every 120 days regarding the status of the pending appeal before the Ninth Circuit and admonished Plaintiff that the failure to do so may result in sanctions, including dismissal. Plaintiff then filed a joint status report on March 2, 2020. A subsequent status report was due by June 30, 2020, at the latest, but to date the parties have not filed one. The Court has a full case load and does not have the time to manage this case for Plaintiff. It is Plaintiff's responsibility to proceed diligently.

Therefore, the Court HEREBY ORDERS Plaintiff TO SHOW CAUSE why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff shall file a written response to this Order to Show Cause by no later than September 15, 2020. Plaintiff is admonished that, if he fails to file a response to this Order to Show Cause by September 15, 2020, the Court will reassign this matter and issue a report and recommendation that this matter be dismissed for failure to prosecute.

**IT IS SO ORDERED**.

Dated: September 8, 2020

_____
SALLIE KIM
United States Magistrate Judge